## ROBERT CARRIERO *v.* BOROUGH OF NAUGATUCK ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 773 (AC 14862), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, under the circumstances of this case, the provisions of General Statutes § 7-433b (b) did not apply to the plaintiff's pension benefits?"

The Supreme Court docket number is SC 15610.

*Peter E. Mariano*, in support of the petition.

*Frank A. May*, in opposition.

Decided February 4, 1997

━━━━━━

## STATE OF CONNECTICUT *v.* CLARENCE MILNER

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 921 (AC 15019), is denied.

*Bruce A. Sturman*, public defender, in support of the petition.

*Michael L. Regan*, assistant state's attorney, in opposition.

Decided February 4, 1997